# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON GREEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00711-GMN-NJK<br><br>**Order**<br>(Docket No. 6) |

On June 30, 2022, the Court issued a screening order and granted Plaintiff until July 30, 2022, to file an amended complaint or the case would be dismissed without prejudice. Docket No. 4 at 6. On August 1, 2022, Plaintiff submitted a motion for a 45-day extension of time to file his amended complaint. Docket No. 6.

For good cause shown, the Court **GRANTS** Plaintiff's motion for an extension of time. Plaintiff must file the amended complaint on or before September 22, 2022. If Plaintiff chooses not to file an amended complaint, this case will be dismissed without prejudice. Docket No. 4 at 6.

IT IS SO ORDERED.

DATED: August 9, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE